OTTO TISCHMAN, DEFENDANT IN ERROR, v. ERIE RAILROAD COMPANY, PLAINTIFF IN ERROR.

Submitted July 8, 1912—Decided November 18, 1912.

On error to the Supreme Court, whose opinion is reported in 52 *Vroom* 268.

For the plaintiff in error, *Weller & Lichtenstein.*

For the defendant in error, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, BERGEN, VOORHEES, MINTURN, KALISCH, BOGERT, CONGDON, WHITE, TREACY, JJ. 11.

*For reversal*—None.